

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00009-CV

WILLIAM R. AND SUSAN M. KNODERER, Appellants

V.

STATE FARM LLOYDS, PENNI PERKINS, AND TOM ROBERTS, Appellees

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 74,037

Before Morriss, C.J., Moseley and Burgess, JJ.

# O R D E R

Court reporter Julie Vrooman recorded the trial proceedings in appellate cause number 06-16-00009-CV, styled *William R. and Susan M. Knoderer v. State Farm Lloyds*, *Penni Perkins*, *and Tom Roberts*, trial court cause number 74,037, on appeal from the 354th Judicial District Court of Hunt County, Texas. The reporter's record was originally due in this matter on February 1, 2016. That deadline was extended three times on Vrooman's requests, resulting in the most recent due date of April 22, 2016. Vrooman has now filed a fourth request seeking an additional fifteen-day extension of the filing deadline.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure that the record in this case is filed in a reasonable amount of time.

Therefore, we overrule Vrooman's fourth request for an extension of the filing deadline and order her to file the reporter's record in cause number 06-16-00009-CV, styled *William R. and Susan M. Knoderer v. State Farm Lloyds*, *Penni Perkins*, *and Tom Roberts*, trial court cause number 74,037, on appeal from the 354th Judicial District Court of Hunt County, Texas, to be received by this Court no later than the close of business on Monday, May 9, 2016.

If the reporter's record is not received by May 9, we warn Vrooman that we may begin contempt proceedings and order her to demonstrate why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.


BY THE COURT

Date:   May 3, 2016